People v Jaquan K. (2024 NY Slip Op 00146)

People v Jaquan K.

2024 NY Slip Op 00146

Decided on January 11, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 11, 2024

Before: Renwick, P.J., Manzanet-Daniels, González, Rodriguez, Pitt-Burke, JJ. 

Ind. No. 233/20, 2281/19 Appeal No. 1419-1419A Case No. 2023-00036 

[*1]The People of the State of New York, Respondent,
v
Jaquan K., Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (David J. Klem of counsel), for appellant.

Judgments, Supreme Court, Bronx County (George Villegas, J., at first plea; Tara A. Collins, J., at second plea and sentencing), rendered October 25, 2022, convicting defendant of robbery in the second degree and gang assault in the first degree, adjudicating him a youthful offender, and sentencing him to concurrent terms of one and one-third to four years, to run concurrently with the sentence imposed in New York County under Indictment No. 459/20, nunc pro tunc to June 16, 2022, unanimously modified, on the law, to the extent of vacating the mandatory surcharges and crime victim assistance fees imposed on defendant at sentencing, and otherwise affirmed.
The statutory provisions authorizing the imposition of mandatory surcharges and crime victim assistance fees upon youthful offenders were repealed as of August 24, 2020, before defendant was sentenced (L 2020, ch 144, §§ 3-4; see former Penal Law
§§ 60.02[3], 60.35[10]). Accordingly, as the People concede, the sentencing court had no authority to impose the surcharges and fees.THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 11, 2024